## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Crye Precision LLC

                              Plaintiff,

v.                                                       Case No.: 1:24–cv–11975

                                                             Honorable Sharon Johnson Coleman

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2025:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's joint motion for entry of a permanent injunction [56] is granted. Enter Order. No appearance necessary on 4/30/2025. Plaintiff's motion [52] is stricken as moot. Civil case terminated. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.